**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:                                                    Case No:    09-57719

GARY G DEYO

AMY E DEYO                                                Judge:      C KATHRYN PRESTON

9537 DUNHAM RD

MT VERNON, OH  43050


AMY E DEYO

9537 DUNHAM RD

MT VERNON, OH  43050

SSN(S):    XXX-XX-2703
           XXX-XX-1855


**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.


Dated:  November 29, 2010                    /s/ Frank M. Pees
                                             _____
                                             Frank M. Pees
                                             Chapter 13 Trustee


| **Name and Address** | **Amount** |
|---|---|
| GARY G DEYO & AMY E DEYO<br>9537 DUNHAM RD<br>MT VERNON, OH  43050 | 1.00 |